## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

WINDY LUCIUS

    Plaintiff,                                     CASE NO. 1:22CV-20217-JEM

v.

THAT'S A WRAP SANDWICH CO,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff WINDY LUCIUS ("Plaintiff") and Defendant THAT'S A WRAP SANDWICH CO. ("Defendant"), by and through undersigned counsel of record hereby provide the Court notice that Plaintiff and Defendant have reached a settlement of Plaintiff's claims. The Parties are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the Parties will jointly submit a Stipulation of Dismissal with prejudice with each party to bear its own fees and costs. The Parties request thirty (30) days to file the Stipulation of Dismissal and ask that the case be administratively closed pending the filing of the Stipulation of Dismissal. Alternatively, the Parties ask the Court to stay existing deadlines pending the filing of the Stipulation of Dismissal.

[THIS SPACE LEFT INTENTIONALLY BLANK]

Dated:  February 14, 2022                    Respectfully submitted,

| | |
|---|---|
| **J. COURTNEY CUNNINGHAM, PLLC**<br>8950 SW 74th Court,<br>Suite 2201<br>Miami, FL 33156<br>Telephone: (305) 351-2014<br>Primary Email: cc@cunninghampllc.com<br><br>By: **J. Courtney Cunningham**<br>　　J. COURTNEY CUNNINGHAM, ESQ.<br>　　Florida Bar No. 628116<br><br>*Counsel for Plaintiff* | **ZEBERSKY PAYNE SHAW LEWENZ, LLP**<br>110 SE 6th Street, Suite 2900<br>Fort Lauderdale, FL  33301<br>Telephone: (954) 989-6333<br>Facsimile: (954) 989-7781<br>Primary Email: jshaw@zpllp.com<br>kslaven@zpllp.com<br>Secondary Email: medmonson@zpllp.com;<br>mlomastro@zpllp.com<br><br>By:　**Kimberly A. Slaven**<br>　　JORDAN A. SHAW, ESQ.<br>　　Florida Bar No. 111771<br>　　KIMBERLY A. SLAVEN, ESQ.<br>　　Florida Bar No. 117964<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court via the Court's CM/ECF system, on this 14th day of February, 2022, which generated notices of electronic filing on all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Kimberly A. Slaven*
　　　　　　　　　　　　　　　　　　　　　　　Kimberly A. Slaven, Esq.