UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-20217-JEM

WINDY LUCIUS,

      Plaintiff,

v.

THATS A WRAP SANDWHICH CO.,

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant THATS A WRAP SANDWHICH CO., Plaintiff WINDY LUCIUS hereby gives notice that she voluntarily dismisses all claims against Defendant with prejudice, and requests that this Court terminate the action.

Dated: April 11, 2022          Respectfully submitted,

                        */s/ J. Courtney Cunningham*
                        J. Courtney Cunningham, Esq.
                        J. COURTNEY CUNNINGHAM, PLLC
                        FBN: 628166
                        8950 SW 74th Court, Suite 2201
                        Miami, FL 33156
                        T:  305-351-2014
                        cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2022, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system.

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.