UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  22-20217-CIV-MARTINEZ**

WINDY LUCIUS,

       Plaintiff,

v.

THAT'S A WRAP SANDWHICH CO.,

       Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice.  (ECF No. 7).  It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.  This case is **CLOSED** and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this \2 day of April, 2022.

_____

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record